UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERTO FIGUEROA LOPEZ,<br><br>    Defendant. | Case No. 15CR3151-LAB<br><br>ORDER AND JUDGMENT FOR THE DISMISSAL OF THE INFORMATION |

Upon application of the Government and good cause appearing thereof,

IT HEREBY IS ORDERED that the Government's motion to dismiss the Indictment is GRANTED and this action is hereby dismissed with prejudice.

DATED:   June 9, 2016

_____
HONORABLE LARRY ALAN BURNS
UNITED STATES DISTRICT JUDGE